# Exhibit F

*Claim Chart – '250 Patent*

# US Patent 6,741,250 Versus Lenovo VOIP 360 Camera



1

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

1. A method of:

> recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images;

> designating a portion of said video stream to be a video segment; and

> specifying a view path through said video segment.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

| Claim 1 | |
|---|---|
| A method of: <br><br> recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images | https://cdn.cnetcontent.com/69/5b/695be55e-1768-4975-b79d-b68f7939d23d.pdf <br><br> **LENOVO™ VoIP 360 CAMERA SPEAKER** <br><br> **SPECIFICATIONS** <br><br> **PN (Country Coverage)**: 40AT360CWW, G0A5360CWW, G0A5360CJP, G0A5360CCN <br><br> **Audio**: <br> • 360° Sound Capture with 6'7" (2 m) Radius Range <br> • 360° Speaker with 6'7" (2 m) Radius Range <br> • Acoustic Echo Cancellation (AEC) <br> • Environment Noise Suppression (ENS) <br><br> **Video**: <br> FOV: 360° (Horizontal), 180° (Vertical) <br> Resolution: 1920 x 1080 @ 30 fps <br> Display Modes: Standard View, Quadrant View, Split View, Panoramic View and Camera Off |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

| Claim 1 | |
|---|---|
| A method of: recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images |  { Note: images for a 90 degree field of view for the "quadrant view" on a flat screen are distorted as shown above. } |

4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

| Claim 1 | |
|---|---|
| designating a portion of said video stream to be a video segment; and | https://www.youtube.com/watch?v=EJPLuYoxl6Q  {e.g. with "standard view" display mode listed in slide 3 above. "Standard view" would be top right quadrant shown on slide 4, at a different time when both people are in the field of view for "standard view".}  |

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

| Claim 1 | |
|---|---|
| specifying a view path through said video segment. |  |