# Exhibit H

*Claim Chart – '220 Patent*

# US Patent 6,684,220 Versus Lenovo Customer Relationship Management (CRM) Platform



Lenovo Group Ltd. is a Chinese multinational technology company with headquarters in Beijing, China and Morrisville, NC. It is the world's largest personal computer vendor by unit sales, with annual sales revenue that exceeds $43 billion.

Lenovo operates customer service centers in over 40 countries and more than 40 languages; their 6,000 agents serve both personal consumers and enterprise users. The Genesys Engage™ solution supports online shopping, product consulting, order processing and payment checking, as well as various hotlines for post-sale services.

In 2007, Lenovo equipped their global contact centers with the Genesys Voice Platform, which integrates TDM with Genesys T-server. In 2014, they upgraded their legacy systems throughout Asia, Europe, North America and South America to Genesys SIP solutions. And, in 2017, Lenovo implemented Genesys solutions to integrate mobile apps and web chat with mobile call back capabilities throughout their facilities in China.

Over the years, Lenovo implemented several Genesys solutions, including callback, IVR mobile engagement and the Gplus Adaptor for Salesforce/SAP CRM. Lenovo also uses Genesys Interactive Insights for reporting the Interaction Workspace for disaster recovery and Genesys Pulse to obtain real time contact center statistics.



1

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,684,220 by Lenovo*

1. A system for automatic information exchange, comprising:

    a processor;

    an information source coupled to the processor and operable to store a model, the model comprising a plurality of objects, each of the plurality of objects comprising an input variable and an output variable; and

    a loading engine residing in a memory and executable by the processor, the loading engine operable to automatically create object links between corresponding input variables and output variables of each of the plurality of objects.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,684,220 by Lenovo*

| Claim 1 | | |
|---|---|---|
| 1. A system for automatic information exchange, comprising: |  https://help.mypurecloud.com/articles/microservice/ | https://forums.lenovo.com/topic/findpost/25/5019620/5067565 |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,684,220 by Lenovo*

| Claim 1 | |
|---|---|
| a processor; | https://help.mypurecloud.com/articles/edge-operational-states/  |

4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,684,220 by Lenovo*

| Claim 1 | | |
|---|---|---|
| an information source coupled to the processor and operable to store a model, |  | https://help.mypurecloud.com/articles/microservice/ |

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,684,220 by Lenovo*

| Claim 1 | | |
|---|---|---|
| the model comprising a plurality of objects, each of the plurality of objects comprising an input variable and an output variable; and |  | https://help.mypurecloud.com/articles/microservice/ |

6

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,684,220 by Lenovo*

| Claim 1 | |
|---|---|
| a loading engine residing in a memory and executable by the processor, | https://help.mypurecloud.com/articles/edge-operational-states/  {e.g. clicking on "Put Edge In-Service" starts the loading engine. In addition, other processes besides Edge will have a loading engine.} |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,684,220 by Lenovo*

| Claim 1 | |
|---|---|
| the loading engine operable to automatically create object links between corresponding input variables and output variables of each of the plurality of objects. |  https://help.mypurecloud.com/articles/microservice/<br><br>{e.g. loading engine will create object links shown} |