IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGIMEDIA TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC, <br><br> Defendants. | CIVIL ACTION <br><br> NO. _____ <br><br> **Jury Trial Demanded** |

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff DigiMedia Tech, LLC ("Plaintiff") states that:

1. Plaintiff is a limited liability company organized and existing under the laws of the State of Georgia;

2. Plaintiff is 100% owned by Brainbox Innovations, LLC; and

3. No publicly held corporation owns 10% or more of Plaintiff.

This 18th day of February, 2021.

STAMOULIS & WEINBLATT LLC

/s/Stamatios Stamoulis
Stamatios Stamoulis
New Jersey No. 1790-1999
Richard C. Weinblatt
800 N West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
weinblatt@swdelaw.com

*Of Counsel:*

Daniel A. Kent
  dankent@kentrisley.com
  Tel:  (404) 585-4214
  Fax:  (404) 829-2412
Stephen R. Risley
  steverisley@kentrisley.com
  Tel:  (404) 585-2101
  Fax:  (404) 389-9402
Cortney S. Alexander
  cortneyalexander@kentrisley.com
  Tel:  (404) 855-3867
  Fax:  (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff